UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLAUDIA BALCERO GIRALDO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DRUMMON COMPANY, et al.,<br><br>Defendants. | Civil Action No. 10-00764 (JDB) |

### REQUEST FOR STATEMENT OF INTEREST

This Court hereby requests the United States, through the Secretary of State, to file a Statement of Interest in the above-captioned matter. Plaintiffs seek to enforce a subpoena requiring non-party Alvaro Uribe Velez, the former President of Colombia, to appear for a deposition at the office of plaintiffs' counsel in Washington, D.C. Counsel for former President Uribe has stated that the government of the Republic of Colombia will continue to assert head-of-state immunity for President Uribe, and that the Republic of Colombia has asked the Department of State to assist in preparing and submitting a Suggestion of Immunity to be filed with the Court pursuant to 28 U.S.C. § 517. A Statement of Interest by the United States, if any, shall be filed by not later than February 11, 2011.

/s/
JOHN D. BATES
United States District Judge

Date: January 10, 2011